THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03142-RPM

COMMERCIAL INDUSTRIAL BUILDING OWNERS ALLIANCE, INC., a/k/a
CIBA INSURANCE SERVICES, INC. as subrogee of
TAMARISK TOWNHOME ASSOCIATION, INC.,

     Plaintiffs,

v.

MASCO CORPORATION and
MASCO CORPORATION OF INDIANA d/b/a DELTA FAUCET COMPANY,

     Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **January 30, 2014, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 23, 2014.**  The conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend. Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference. It is

FURTHER ORDERED, that counsel for the plaintiff shall file a disclosure statement pursuant to Fed.R.Civ.P. 7.1.

Dated: December 19th, 2013

BY THE COURT:

s/Richard P. Matsch

---

Richard P. Matsch, Senior District Judge