THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03142-RPM

COMMERCIAL INDUSTRIAL BUILDING OWNERS ALLIANCE, INC., a/k/a
CIBA INSURANCE SERVICES, INC. as subrogee of
TAMARISK TOWNHOME ASSOCIATION, INC.,

      Plaintiffs,

v.

MASCO CORPORATION and
MASCO CORPORATION OF INDIANA d/b/a DELTA FAUCET COMPANY,

      Defendants.

---

ORDER SETTING TRIAL DATE AND PRETRIAL CONFERENCE

---

Pursuant to the today, it is

ORDERED that this matter is set for trial to jury on **March 2, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx . It is

FURTHER ORDERED that a pretrial conference is scheduled for **February 20, 2015, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx . The proposed Final Pretrial Order, original only, shall be

delivered in paper form directly to chambers by **4:00 p.m.** on **February 12, 2015.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

Dated:   September 29th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge