THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03142-RPM

COMMERCIAL INDUSTRIAL BUILDING OWNERS ALLIANCE, INC., a/k/a
CIBA INSURANCE SERVICES, INC. as subrogee of
TAMARISK TOWNHOME ASSOCIATION, INC.,

    Plaintiffs,

v.

MASCO CORPORATION and
MASCO CORPORATION OF INDIANA d/b/a DELTA FAUCET COMPANY,

    Defendants.

---

ORDER EXTENDING TIME TO SUBMIT STIPULATED MOTION TO DISMISS

---

    Upon review of the status report and request for additional time to and including February 20, 2015, to file a stipulated motion to dismiss [21], it is

    ORDERED that the motion is granted.

    Dated:   February 13th, 2015

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge