THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03142-RPM

COMMERCIAL INDUSTRIAL BUILDING OWNERS ALLIANCE, INC., a/k/a
CIBA INSURANCE SERVICES, INC. as subrogee of
TAMARISK TOWNHOME ASSOCIATION, INC.,

    Plaintiffs,

v.

MASCO CORPORATION and
MASCO CORPORATION OF INDIANA d/b/a DELTA FAUCET COMPANY,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal with Prejudice [23] filed February 20, 2015, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

Dated:   February 23rd, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge